# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM JOHN VERDEKAL, | |
| Petitioner, | NO. 3:09-CR-00068 |
| v. | (JUDGE CAPUTO) |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## ORDER

**NOW**, this 8th day of February, 2017, **IT IS HEREBY ORDERED** that:

(1) Petitioner Adam John Verdekal's Motion pursuant to 28 U.S.C. § 2255 (Doc. 67) is **DENIED**. It is **FURTHER ORDERED** that a Certificate of Appealability **SHALL NOT ISSUE**.

(2) Petitioner's Motion pursuant to 28 U.S.C. § 2241 (Doc. 71) is hereby **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania because the Court lacks jurisdiction over this matter.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge